# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

April 27, 2026

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

Hon. Denise Cote
United States District Court Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Brown, et al
25 Cr. 484 (DC)**

Dear Judge Cote:

I am the CJA attorney appointed to represent defendant **Christian Cortez** in the above-referenced case. I write today to respectfully request permission for me to submit interim CJA vouchers for services rendered by me and appointed associate counsel Clara Kalhous, Esq. The granting of this application will assist counsel in the management of their practices.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

Granted.

4/28/26